M. P. No. 75-202. ROBERT J. DIEHL *v*. DAWN DIEHL. The above-entitled matter came on to be heard on February 6, 1978, to show cause why it should not be dismissed for lack of prosecution for failure to comply with Rule 16 of the Rhode Island Supreme Court.

No cause having been shown, the petition for certiorari is hereby dismissed. *Kirshenbaum & Kirshenbaum, Alfred Factor,* for petitioner. *A. Norman LaSalle,* for respondent.

